IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  3039841, 842, 843- 3410564, 565, 566

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

TIMOTHY D. GABY,

     Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue a writ to the United States Marshal's Service

requiring the United States Marshal to produce TIMOTHY D. GABY before a United States

Magistrate Judge forthwith, for proceedings and appearances upon the charges in the indictment,

and to hold him at all times in his custody as an agent of the United States of America until final

disposition of the defendant's case, and thereafter to return the defendant to the institution where

he is now confined.

     SO ORDERED this _20TH_ day of _February_, 2013.


_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO


MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO